1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   VICTOR BENITEZ,                    )        1:06-CV-1899 OWW DLB HC
                                        )
11         Petitioner,                  )
                                        )
                                        )        ORDER GRANTING EXTENSION OF
12         v.                           )        TIME
                                        )        (DOCUMENT #6)
13   SCOTT P. RAWERS, Warden,           )
                                        )
14         Respondent.                  )
     _____  )
15

16

17         Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On March 27, 2007, petitioner filed a motion to extend time to file a response in opposition to

19   the motion to dismiss.   Good cause having been presented to the court and GOOD CAUSE

     APPEARING THEREFOR, IT IS HEREBY ORDERED that:
20
           Petitioner is granted thirty days from the date of service of this order in which to file his response
21
     in opposition to the motion to dismiss.
22
            IT IS SO ORDERED.
23
           Dated:    **April 17, 2007**              **/s/ Dennis L. Beck**
24                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28