# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BENITEZ,<br><br>       Petitioner,<br><br>   v.<br><br>SCOTT P. RAWERS, Warden,<br><br>       Respondent.<br>_____ / | CV F   06-1899 OWW DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS FILED MARCH 8, 2007, AND DIRECTING RESPONDENT TO FILE ANSWER TO PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[Docs. 5, 11] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on December 29, 2006.  On March 8, 2007, Respondent filed a motion to dismiss for failure to exhaust the state court remedies.  Petitioner filed a response on May 2, 2007.  On May 16, 2007, Respondent filed a reply to Petitioner's opposition.

    In his reply to Petitioner's opposition, Respondent submits that Petitioner has, in fact, exhausted the state court remedies regarding the claim in the instant petition.[1]  Accordingly, Respondent requests to withdraw the motion to dismiss, filed March 8, 2007.

    Based on the foregoing, it is HEREBY ORDERED that:

    1.    Respondent's request to withdraw the motion to dismiss, filed March 8, 2007, is

---

[1] Respondent indicates that the prior search of the petitions filed in the California Supreme Court did not reveal the petition filed in the California Supreme Court because Petitioner filed his last name with an "s" rather than a "z."

GRANTED;

2. Within forty-five (45) days from the date of service of this order, Respondent shall file an answer to the petition in accordance with the Court's January 10, 2007, order to respond;

3. Petitioner may file a traverse within thirty (30) days from the date Respondent files his answer; and

4. All other provisions set forth in the Court's January 10, 2007, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 17, 2007**                    **/s/ Dennis L. Beck**
                                                                                  UNITED STATES MAGISTRATE JUDGE